Law Offices of
HOWARD J. SHOPENN
California State Bar No. 72641
8484 Wilshire Boulevard – Suite 660
Beverly Hills, CA 90211
Telephone: (310) 657-1663
Facsimile: (323) 653-1225
Email: Shopenn@aol.com

Law Offices of
JESS R. MARCHESE
Nevada Bar No. 8175
601 South Las Vegas Boulevard
Las Vegas, NV 89101
Telephone: (702) 385-5377
Facsimile: (702) 474-4210

Attorneys for Defendant
RICARDO GALAZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-0027-JCM-VCF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: PREPARATION OF PRE-PLEA CRIMINAL HISTORY CALCULATION REPORT** |
| v. | |
| RICARDO GALAZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Defendant RICARDO GALAZ, by and through his counsel, HOWARD J. SHOPENN, ESQ., and JESS R. MARCHESE, ESQ., and the UNITED STATES OF AMERICA, by and through SUSAN CUSHMAN, ASSISTANT UNITED STATES ATTORNEY, counsel for the UNITED STATES OF AMERICA, that in anticipation of a Plea Agreement being reached between the parties, it is necessary that a Pre-Plea Criminal History Calculations Report be prepared by the U.S.

Probation Office.

DATED this 19th day of April, 2018.

/s/ Susan Cushman
SUSAN CUSHMAN, AUSA
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 891401
***Attorney for Plaintiff***

/s/ Howard J. Shopenn
HOWARD J. SHOPENN, ESQ.
California State Bar No. 72641

JESS R. MARCHESE, ESQ.
Nevada Bar No. 8175
***Attorneys for Defendant* GALAZ**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-0027-JCM-VCF |
| Plaintiff, | |
| v. | |
| RICARDO GALAZ, | |
| Defendant. | |

## **ORDER**

Based upon the stipulation reached between the parties,

IT IS HEREBY ORDERED, the U.S. Probation Office shall prepare and provide the parties a Pre-Plea Criminal History Calculation Report concerning Defendant RICARDO GALAZ.

DATED this 23rd day of April, 2018.

_____
JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that on the 20th day of April, 2018, I served an electronic copy of the above STIPULATION AND [PROPOSED] ORDER RE: PREPARATION OF PRE-PLEA CRIMINAL HISTORY CALCULATION REPORT to all parties of record, via CM/ECF.

/s/ Judith Ojeda
An Employee of the Law Offices of Howard J. Shopenn