DAYLE ELIESON
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Susan.Cushman@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-0027-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| RICARDO GALAZ, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney; Susan Cushman, Assistant United States Attorney, counsel for the United States of America and Howard J. Shopenn, Esq. counsel for defendant, that sentencing in the above-captioned matter currently scheduled to commence on Tuesday, October 16, 2018, at 11:00 a.m. be vacated and continued to a date and time convenient to all parties, but no later than 30 days.

This Stipulation is entered into for the following reason:

1. Undersigned counsel for the government will be out of the District attending a work-related conference from October 15-19, 2019.

2. The parties agree to the continuance.

3. The defendant is in custody and does not object to the continuance.

4. Defense counsel, who travels from Los Angeles, is available on October 30, 2018, October 31, 2018, November 1, 2018, November 7, 2018, and November 8, 2018, and any mutually convenient date thereafter.

5. This is the first request to continue the sentencing.

DATED this the 5th day of October, 2018.

DAYLE ELIESON
United States Attorney

/s/
SUSAN CUSHMAN
Assistant United States Attorney

/s/
HOWARD J. SHOPENN
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO GALAZ,

    Defendant.

Case No.: 2:18-cr-0027-JCM-VCF

ORDER TO CONTINUE SENTENCING

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until **Wednesday, November 28, 2018 at 10:30 a.m.**

DATED October 10, 2018.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE